IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-0167 DLJ |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER  RESETTING BRIEFING** |
| | ) | **SCHEDULE** |
| | ) | |
| EDWARD LEE SULLIVAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

GOOD CAUSE APPEARING, it is ordered that:

     1.     The previously imposed briefing schedule is vacated, and the defense shall be granted additional time to file motions for a new trial and other post-trial motions.  The Court accordingly sets the following briefing schedule: (a) defense motions to be filed by September 23, 2011; (b) government response to be filed by October 21, 2011; (c) defense reply to be filed by October 28, 2011, with a hearing on the motions and possible sentencing remaining set on November 4, 2011, at 10:00 a.m., to allow sufficient time for the defense to prepare motions.

     2.     The parties shall comply with Local Rules 32-4 and 32-5 with respect to sentencing-related submissions to the Probation Department and the Court, respectfully.

SO ORDERED.

DATED: September  9 , 2011

_____
D. LOWELL JENSEN
United States District Judge

1