United States of America,     )
                              )
                Plaintiff,    )
                              )
        v.                    )
                              )           No. CR-09-0167-DLJ
Edward Sullivan,              )
                              )           **ORDER**
                Defendant.    )
_____)

Defendant has requested that he be provided materials from the trial to review in his cell. On December 16, 2011, the Court held a hearing on this matter. Prior to the hearing, the government provided the court with a letter setting out the various classes of documents requested and presenting, inter alia, its position on whether any statutory privacy concerns were implicated.

Specifically, the government provided 32 items to the Court for its *in camera* review. As to these documents, the government took the position that they could be made available to defendant to review only through co-counsel, Mr. Jordan.

The Court has reviewed these materials. After such review the Court agrees with the government and finds that defendant may not have access to these materials in his cell. He may have access to them as provided through his co-counsel, Mr. Jordan and that such access is sufficient.

IT IS SO ORDERED.

Dated: December 16, 2011        _____
                                 D. Lowell Jensen
                                 United States District Judge